ATTORNEY GRIEVANCE COMMISSION
OF MARYLAND

v.

NEMA SAYADIAN

&ast;  IN THE

&ast;  COURT OF APPEALS

&ast;  OF MARYLAND

&ast;  Misc. Docket AG No. 4
   September Term, 2021

&ast;

   (No. 485176V, Circuit Court
&ast;  for Montgomery County)

**O R D E R**

Upon consideration of the Joint Petition of the Attorney Grievance Commission of Maryland and the Respondent, Nema Sayadian, to suspend the Respondent from the practice of law in Maryland for 60 days, stayed in favor of two years of probation with terms, for violation of Rules 19-301.8(a), 19-307.3(a), 19-308.1(b), and 19-308.4(a) and (d) of the Maryland Rules of Professional Conduct, it is this 10th day of May, 2022

**ORDERED**, by the Court of Appeals of Maryland, that the Respondent, Nema Sayadian, be suspended for 60 days from the practice of law in the State of Maryland; and it is further

**ORDERED**, that, the suspension be, and hereby is, STAYED in favor of two years of probation with the terms contained in the Probation Agreement.

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Suzanne C. Johnson, Clerk

/s/ Matthew J. Fader
Chief Judge